581 A.2d 928

**Samuel S. LYNESS, M.D., Petitioner,**

v.

**COMMONWEALTH of Pennsylvania, STATE BOARD OF MEDICINE.**

Supreme Court of Pennsylvania.

Oct. 15, 1990.

ORDER:

PER CURIAM.

AND NOW, this 15th day of October, 1990, it is hereby ordered that the Petition for Allowance of Appeal is granted as to Issue # 1 only. The Petition for Allowance of Appeal is otherwise denied.